UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH-KEONI MANAEA, JENNIFER MANAEA, JOHN MARKEE, CHRISTINE MARKEE, AARON MASON, AMY MASON, JOSHUA MCCLINTON, JONATHAN NEPAULSING, FALASHA NEPAULSING, PATRICK NORGARD, MARLENE NORGARD, JAMES PARK, RACHEL PARK, MATHEW PARSONS, CLARISSA PARSONS, MARK PENAMORA, ANDREA PENAMORA, JASON RAYMOND, LORI RAYMOND,<br><br>            Plaintiffs,<br><br>     vs.<br><br>OHANA MILITARY COMMUNITIES, LLC, FOREST CITY RESIDENTIAL MANAGEMENT, INC.,<br><br>            Defendants. | CIV. NO. 16-00628 LEK-KJM |

**ORDER GRANTING THE PLAINTIFFS' MOTIONS FOR REMAND TO STATE COURT**

On October 2, 2018, the following cases were stayed and administratively closed, pending the outcome of <u>Lake, et al. v. Ohana Military Communities, LLC, et al.</u>, CV 16-00555 LEK-KJM ("<u>Lake</u>"):

1)  <u>Butler, et al. v. Ohana Military Communities, LLC, et al.</u>, CV 16-00626 LEK-KJM ("Butler");
2)  <u>Dix, et al. v. Ohana Military Communities, LLC, et al.</u>, CV 16-00627 LEK-KJM;
3)  <u>Manaea, et al. v. Ohana Military Communities, LLC, et al.</u>, CV 16-00628 LEK-KJM;
4)  <u>Bartlett, et al. v. Ohana Military Communities, LLC, et al.</u>, CV 16-00654 LEK-KJM;
5)  <u>Torres, et al. v. Ohana Military Communities, LLC, et al.</u>, CV 16-00655 LEK-KJM;

6)   <u>Hayes, et al. v. Ohana Military Communities, LLC, et al.</u>, CV 17-00047 LEK-KJM; and

7)   <u>Pye, et al. v. Ohana Military Communities, LLC, et al.</u>, CV 17-00114 (all collectively "<u>Lake</u>-Related Cases").

<u>See, e.g.</u>, <u>Butler</u>, Minutes - EO: Court Order Administratively Closing Case, filed 10/2/18 (dkt. no. 28).  <u>Lake</u> has been remanded to state court, pursuant to <u>Lake v. Ohana Military Communities, LLC</u>, 14 F.4th 993 (9th Cir. 2021).  <u>See</u> <u>Lake</u>, Order Remanding Case to State Court, filed 1/10/22 (dkt. no. 209); <u>id.</u>, transmittal letter to Circuit Court (Oʻahu First Circuit) from the Clerk of Court, filed 1/25/22 (dkt. no. 210).[1]

Further, in another case related to <u>Lake</u> – <u>Ochoa, et al. v. Ohana Military Communities, LLC, et al.</u>, CV 16-00629 LEK-KJM ("<u>Ochoa</u>") – this Court rejected Defendants Ohana Military Communities, LLC ("Ohana") and Forest City Residential Management, Inc.'s ("Forrest City" and collectively "Defendants") diversity jurisdiction argument, which was not raised in <u>Lake</u>.[2]  <u>See</u> <u>Ochoa</u>, Order Granting Plaintiffs' Motion for Remand to State Court, filed 3/7/23 (dkt. no. 40) ("<u>Ochoa</u> Remand Order").  <u>Ochoa</u> was remanded to the state court on March 22, 2023.  <u>See</u> <u>id.</u>, transmittal letter to Circuit Court

---

[1] After <u>Lake</u> was remanded to state court, the United States Supreme Court denied Defendants petition for a writ of certiorari.  <u>See</u> <u>Ohana Military Communities, LLC v. Lake</u>, 142 S. Ct. 2815 (2022).

[2] Ohana and Forrest City are the defendants in <u>Lake</u>, <u>Ochoa</u>, and the <u>Lake</u>-Relate Cases.

(Oahu First Circuit) from the Clerk of Court, filed 3/22/23 (dkt. no. 41).

On March 13, 2023, the plaintiffs in the Lake-Related Cases filed motions to remand their respective cases to the state court (collectively "Motions").  See Butler, Plaintiffs' Motion for Remand to State Court, filed 3/13/23 (dkt. no. 31) ("Butler Motion"); Dix, Plaintiffs' Motion for Remand to State Court, filed 3/13/23 (dkt. no. 32); Manaea, Plaintiffs' Motion for Remand to State Court, filed 3/13/23 (dkt. no. 33); Bartlett, Plaintiffs' Motion for Remand to State Court, filed 3/13/23 (dkt. no. 34); Torres, Plaintiffs' Motion for Remand to State Court, filed 3/13/23 (dkt. no. 32); Hayes, Plaintiffs' Motion for Remand to State Court, filed 3/13/23 (dkt. no. 30); Pye, Plaintiffs' Motion for Remand to State Court, filed 3/13/23 (dkt. no. 29).  Each of the Motions argues the case should be remanded based upon the Ninth Circuit's analysis in Lake and this Court's analysis in the Ochoa Remand Order.  See, e.g., Butler Motion at PageID.899.

On March 16, 2023, this Court informed the parties that it was inclined to grant the Motions and ordered that any objections to the inclination be filed within a week.  See, e.g., Butler, Minute Order - EO: Court's Inclination to Grant the Plaintiffs' Motions for Remand to State Court, filed 3/16/23 (dkt. no. 30).  Defendants filed a substantively identical

statement in each of the <u>Lake</u>-Related Cases.  <u>See</u>, <u>e.g.</u>, <u>Butler</u>,
Defendants' Statement of Position Regarding Court's Inclination
to Grant the Plaintiffs' Motion for Remand to State Court, filed
3/16/23 (dkt. no. 30) ("<u>Butler</u> Statement").  To preserve their
objections for the record, Defendants state they believe federal
jurisdiction in the case is appropriate, but they acknowledge
the arguments they would make in opposition to the <u>Butler</u> Motion
"are not materially distinguishable from" those that they made
previously and that were rejected by the Ninth Circuit in <u>Lake</u>
and by this Court in the <u>Ochoa</u> Remand Order.  Defendants state
"further briefing on this matter is not warranted given the
prior rulings of the Ninth Circuit and this Court."  [<u>Id.</u> at 3.]

        The Court finds the Motions suitable for disposition
without a hearing pursuant to Rule LR7.1(c) of the Local Rules
of Practice for the United States District Court for the
District of Hawaii ("Local Rules").  Based upon the Ninth
Circuit's analysis in <u>Lake</u> and, for the reasons stated in the
<u>Ochoa</u> Remand Order, the <u>Lake</u>-Related Cases must be remanded to
the state court.

<b><u>CONCLUSION</u></b>

        For the foregoing reasons, the plaintiffs' Motions for
Remand to State Court, filed in each of the <u>Lake</u>-Related Cases
on March 13, 2023, is HEREBY GRANTED.  The Clerk's Office is
DIRECTED to reopen this case immediately and to effectuate the

4

remand on **April 12, 2023,** unless Defendants file a timely motion for reconsideration of the instant Order.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 28, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

ELIJAH KEONI MANAEA, ET AL. VS. OHANA MILITARY COMMUNITIES, LLC, ET AL; CIVIL 16-00628 LEK-KJM; ORDER GRANTING PLAINTIFFS' MOTIONS FOR REMAND TO STATE COURT